IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PORTIA C. WARRICK-EL | * | |
| Plaintiff | * | |
| v | * | Civil Action No. DKC-12-3672 |
| STATE OF MARYLAND | * | |
| Defendant | * | |
| | *** | |

## MEMORANDUM OPINION

The above-captioned civil rights Complaint was filed on December 14, 2012. Plaintiff neither paid the filing fee, nor filed a motion seeking its waiver. Because the case must be dismissed on its merits, this defect will be overlooked.

Plaintiff is suing the State of Maryland because she was pulled over in traffic stop wherein her car was seized. ECF No. 1. The sole basis of her claim is that she is a foreign national without any contracts made to either the State of Maryland or Prince Georges County. She concludes from this assertion that police in Prince Georges County had no right to stop her and that seizure of her car which required her to pay a fee for its return was theft. As an exhibit, Plaintiff attaches a copy of cases listed on the Maryland Judiciary Case Search website with her notations next to the traffic cases indicating that they are "evidence of treason, racketeering, and peonage" and alleges that the District Court for Prince Georges County is "not a constitutional/lawful court according by Congress." *Id*. at Att. 2, pp. 1 -2. Additionally, she notes next to her name, that the person named is "not a natural person." *Id*. at p. 1.

This court may preliminarily review the claims in Plaintiffs' Complaint and dismiss the Complaint pursuant to 28 U.S.C. § 1915(e) prior to service if it is satisfied that it has no factual or legal basis and it is frivolous on its face. *See Neitzke v. Williams*, 490 U.S. 319, 328 (1989);

*see also Denton v. Hernandez*, 504 U.S. 25, 33 (1992); *Cochran v. Morris*, 73 F.3d 1310, 1314 (4th Cir. 1996).  As explained by the Supreme Court in *Neitzke*: "Examples of [factually baseless lawsuits] are claims describing fanciful or delusional scenarios, with which federal district judges are all too familiar." *Neitzke v. Williams*, 490 U.S. at 328.

Plaintiff's central premise is that as a member of the Moorish Nation she is not subject to the laws and regulations of government agencies.  The claim is devoid of any legal merit even when liberally construed.  Because the Complaint clearly has no basis in law and fact, it shall be dismissed as frivolous without service of process upon Defendant.  A separate order shall be entered reflecting the opinion set forth above.

  __December 21, 2012_____                       _____/s/_____
Date                                                                             DEBORAH K. CHASANOW
                                                                                 United States District Judge

2